# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED APRIL 21, 2023

---

## NO. 03-22-00383-CV

**C. G., Appellant**

**v.**

**Texas Department of Family and Protective Services and R. H., Appellees**

---

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**VACATED AND DISMISSED -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the orders of termination signed by the associate judge and the district court on June 28, 2022, and November 30, 2022. Having reviewed the record, it appears that the lower courts lacked subject matter jurisdiction to sign those orders. Therefore, the Court vacates the orders of termination and dismisses the cause for want of jurisdiction. The Department of Family and Protective Services shall pay all costs relating to this appeal, both in this Court and in the court below.